**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CF ENTERTAINMENT, INC., a California corporation; ENTERTAINMENT STUDIOS NETWORKS, INC., a California corporation; and WEATHER GROUP, LLC, a Delaware limited liability company; and WEATHER GROUP TELEVISION, LLC, a Georgia limited liability company,<br><br>     Plaintiffs,<br><br>v.<br><br><br>THE NIELSEN COMPANY (US), LLC, a Delaware limited liability company,<br><br>     Defendant. | Case No.: 1:22-cv-02129<br>Judge Sharon Johnson Coleman |

**REQUEST FOR A DECISION UNDER**
**LOCAL RULE LR 78.5.**

Plaintiffs CF Enterainment, Inc., Entertainment Studios Network, Inc., Weather Group, LLC, and Weather Group Television, LLC respectfully request a decision on their Motion to Remand (Dkt. 14), pursuant to Local Rule 78.5, for the reasons specified below.

  1.  Plaintiffs filed this action in the Circuit Court of Cook County on March 16, 2022.

  2.  Defendants improperly removed the matter by Notice of Removal filed on April 25, 2022 (Dkt. 1).

  3.  Plaintiffs filed their Motion to Remand on May 25, 2022 (Dkt. 14-18). Defendant filed its opposition to the motion on July 5, 2022 (Dkt. 26). Plaintiffs filed their reply on July 19, 2022 (Dkt. 27).

4. This motion has been fully briefed for more than three months. Plaintiffs are well aware of the Court's caseload and the added difficulties imposed on the courts by the pandemic and are respectful of the Court's time and many commitments. However, this case was filed more than seven months ago and there has been no case management conference, no answer, and no discovery. Meantime, every month, Plaintiffs are being forced to pay a small fortune to Defendants as a result of fraudulent inducement and a mutual mistake by the parties requiring reformation of a contract. Time is of the essence in obtaining resolution of this matter, and the proper forum for resolution is in the state court.

THEREFORE, Plaintiffs respectfully request a decision on their Motion to Remand.

Date: October 25, 2022
Plaintiffs CF ENTERTAINMENT, INC., ENTERTAINMENT STUDIOS NETWORKS, INC., and WEATHER GROUP, LLC

By: /s/ Chris Gair
Chris Gair
Gair Eberhard Nelson Dedinas Ltd.
1 E. Wacker Dr., Suite 2600
Chicago, IL 60601
(312) 600-4900
cgair@gairlawgroup.com

Louis R. Miller, (admitted pro hac vice)
David W. Schecter, (admitted pro hac vice) application forthcoming)
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
(310) 552-4400
(310) 552-8400 (fax)
smiller@millerbarondess.com
dschecter@millerbarondess.com

2