# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

CF Entertainment, Inc., et al.

                              Plaintiff,

v.                                            Case No.: 1:22−cv−02129
                                              Honorable Sharon Johnson Coleman

The Nielsen Company (US), LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 26, 2022:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to remand [14] is fully briefed; the Court has taken it under advisement and will issue a ruling by the end of the year. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.