

# United States District Court
# Northern District of Illinois

In the Matter of

CF Entertainment, Inc., et al.

v.

The Nielsen Company (US), LLC

Honorable Steven C. Seeger

Case No. 22-CV-02129

Designated Magistrate Judge
Sheila Finnegan

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Sharon Johnson Coleman to be related to 1:20-cv-02393 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Steven C. Seeger

Date: Monday, November 7, 2022

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Steven C. Seeger

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Rebecca R. Pallmeyer**

Dated: Monday, November 7, 2022